defamed by the article written in an improper manner and without probable cause and is entitled to the substantial recovery awarded.

Judgment affirmed.

Schickel, Appellant, *v.* Yellow Cab Company of Philadelphia.

Argued November 21, 1951. Before DREW, C. J., STERN, STEARNE, LADNER and CHIDSEY, JJ.

358

*Samuel Kravitz,* for appellant.

*James J. Leyden,* for appellee.

OPINION PER CURIAM, January 7, 1952:
The order is affirmed on the opinion of the learned court below.

Wortex Mills, Inc. *v.* Textile Workers Union of America, C. I. O., Appellants.

Argued November 26, 1951. Before DREW, C. J., STERN, STEARNE, BELL, LADNER and CHIDSEY, JJ.